IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SOUTHERN FARM BUREAU
CASUALTY INSURANCE COMPANY                                          PLAINTIFF

v.                          Case No. 4:18-cv-4157

CHARLES DAVIS, JR. a/k/a
CHUCK DAVIS; DAVIS PECANS, LLC;
CHUCK DAVIS FARMS, LLC; and
MUD CREEK LAND COMPANY, LLC                                         DEFENDANTS

## ORDER

Before the Court is the parties' Joint Stipulation of Voluntary Dismissal Without Prejudice. (ECF No. 34). The Court finds that no response is necessary and that the matter is ripe for consideration.

On January 17, 2020, the parties filed the instant stipulation of dismissal. The parties stipulate to the dismissal of this case without prejudice, with each party bearing its own fees and costs.

An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). Thus, this case was effectively dismissed when the parties filed the instant stipulation. However, for purposes of maintaining the Court's docket, the Court nonetheless issues this order.

The instant stipulation of dismissal is signed by all parties who have appeared. Thus, the Court finds that the stipulation of dismissal (ECF No. 34) is hereby **GRANTED**. This case is **DISMISSED WITHOUT PREJUDICE**. The parties shall bear their own fees and costs.

**IT IS SO ORDERED**, this 17th day of January, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge